

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-26-00185-CR

KANTRELL DEONTE HUNTER, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 372nd District Court
Tarrant County, Texas
Trial Court No. 1685104, Honorable Julie Lugo, Presiding

April 29, 2026

MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Kantrell Deonte Hunter, appeals from the trial court's order adjudicating him guilty of theft of a firearm[1] and sentencing him to seven months of confinement.[2] Pending before the Court is Appellant's motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion is signed by both Appellant

---

[1] *See* TEX. PENAL CODE § 31.03(e)(4)(C).

[2] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE § 73.001.

and his attorney.  Because no decision of the Court has been issued, the motion is granted and the appeal is dismissed.  No motion for rehearing will be entertained, and the Court's mandate will issue forthwith.

Per Curiam

Do not publish.